THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE JOSEPH BOUNDY, Appellant.— Appeal by defendant from an order of the County Court, Queens County, dated June 20, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court rendered April 17, 1959, convicting him, on his plea of guilty, of attempted robbery in the third degree, and sentencing him, as a second felony offender, to serve a term

of 7½ to 10 years. Defendant's application was made on the ground that he pleaded guilty, and was subsequently sentenced, while he was mentally incompetent. Order affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.